# DEPARTMENT OF REVENUE OF ILLINOIS ET AL. *v.* UNITED STATES ET AL.

No. 245.   Decided November 6, 1961.

*William G. Clark,* Attorney General of Illinois, and *William C. Wines, Raymond S. Sarnow* and *A. Zola Groves,* Assistant Attorneys General, for appellants.

*Solicitor General Cox* and *John H. Caruthers* for the United States et al.

PER CURIAM.

In the light of the representations of the Solicitor General and upon consideration of the entire record, the judgment of the District Court is vacated.   The case is remanded to the District Court for further consideration in the light of developments which have occurred since the injunction was issued, without prejudice to consideration by that court of any application by appellees for such temporary equitable relief as they may request pending the further proceedings hereby ordered.

# CUMMINGS *v.* HUISKAMP, JUDGE, LEE COUNTY DISTRICT COURT, ET AL.

No. 511, Misc.   Decided November 6, 1961.

PER CURIAM.

The appeal is dismissed.